No. 270. LYONS *v.* WELTMER ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. 

No. 272. DILLE *v.* CARTER OIL CO. ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. Petitioner *pro se. Gentry Lee* for Delaney et al., respondents. 

No. 336. HENDERSON ET AL. *v.* DELAWARE RIVER JOINT TOLL BRIDGE COMMISSION ET AL. Supreme Court of Pennsylvania. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Wm. E. Leahy* and *William J. Hughes, Jr.* for petitioners. *T. McKeen Chidsey*, Attorney General of Pennsylvania, *Robert M. Mountenay*, Assistant Attorney General, *H. F. Stambaugh* and *John H. Pursel* for respondents. 

No. 339. ILLINOIS *v.* SULLIVAN, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *John S. Boyle, Gordon B. Nash* and *Melvin F. Wingersky* for petitioner. 

No. 341. BRIDGE AUTO RENTING CORP. ET AL. *v.* PEDRICK, COLLECTOR OF INTERNAL REVENUE, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Carlos L. Israels* for petitioners. *Solicitor General Perlman* for respondents.